UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-CV-24177-Huck/O'Sullivan

RANDY THOMAS,                         )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
EXPERIAN INFORMATION                  )
SOLUTIONS, INC.,                      )
                                      )
        Defendant.                    )
                                      )

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.  Parent Companies: The ultimate parent company of Experian is Experian plc.

2.  Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a)   Vehicle Title, LLC

    (b)   Central Source LLC

    (c)   Online Data Exchange LLC

    (d)   New Management Services LLC

    (e)   VantageScore Solutions LLC

    (f)   Opt-Out Services LLC

- 2 -

3. Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: December 9, 2013

Respectfully submitted,

s/ Maria H. Ruiz
Maria H. Ruiz
Florida Bar No.: 182923
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel. (786) 587-1044
Fax (305) 675-2601
MRuiz@kasowitz.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF.

Matthew J. Militzok, Esq.
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida  33021

*Attorney for Plaintiff*

                s/ Maria H. Ruiz
                Maria H. Ruiz
                Florida Bar No.: 182923
                Kasowitz, Benson, Torres & Friedman LLP
                1441 Brickell Avenue
                Suite 1420
                Miami, Florida 33131
                Tel. (786) 587-1044
                Fax (305) 675-2601
                MRuiz@kasowitz.com

                *Attorney for Defendant*
                *Experian Information Solutions, Inc.*