UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-24177-HUCK/O'SULLIVAN

RANDY THOMAS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

    Defendant.
_____/

## ORDER

    THIS MATTER comes before the Court upon a *sua sponte* review of the record. The Defendant's Answer to Plaintiff's Complaint [D.E. No. 4], filed on December 9, 2013, asserts as its first affirmative defense that "The Complaint fails to state a claim upon which relief may be granted." This defense may also be raised by motion. It is in the interest of justice that the Court hear this defense at this stage in the proceedings. Accordingly, it is

    ORDERED and ADJUDGED that if the Defendant is going to continue to assert the defense that Plaintiff's Complaint fails to state a claim upon which relief may be granted, Defendant shall file the appropriate motion and supporting memorandum of law within 10 days from the date of this Order. If the Defendant chooses not to continue to assert this defense, Defendant shall notify the Court within 10 days.

    DONE and ORDERED in Chambers, Miami, Florida, on December 16, 2013.

                                              _____
                                              Paul C. Huck
                                              United States District Judge

**Copies furnished to:**
Counsel of Record