UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-CV-24177-Huck/O'Sullivan

RANDY THOMAS,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

## EXPERIAN INFORMATION SOLUTION, INC.'S TRIAL WITNESS LIST

Pursuant to this Court's Order Setting Civil Jury Trial date and Pretrial Schedule (DE #6), Defendant Experian Information Solutions, Inc. ("Experian") discloses the following witnesses it intends call at trial.

1. Plaintiff Randy Thomas
   c/o Matthew J. Militzok, Esq.
   Militzok & Levy, P.A.
   The Yankee Clipper Law Center
   3230 Stirling Road, Suite 1
   Hollywood, Florida  33021

2. Jason Scott
   c/o Jessica C. Casey
   Jones Day
   1420 Peachtree Street, NE, Suite 800
   Atlanta, Georgia 30309
   404.581.8582

3. Kimberly Hughes
   c/o Jessica C. Casey
   Jones Day
   1420 Peachtree Street, NE, Suite 800
   Atlanta, Georgia 30309
   404.581.8582

3. Records Custodian, Credit Protection Association
   13355 Noel Road, 21st Floor
   Dallas, Texas 75240
   Credit Protection Association's records custodian's telephone number is unknown at this time

4. Credit Protection Association, by its corporate representative with the most knowledge of the account at issue in the Complaint, communications between Plaintiff and Credit Protection Association, regarding the account at issue, and Experian's reinvestigation of the account at issue in this case
   13355 Noel Road, 21st Floor
   Dallas, Texas 75240
   Credit Protection Association's telephone number is unknown at this time

Plaintiff failed to respond to Experian's initial discovery requests (Experian will file a Motion to Compel if necessary after conferring with Plaintiff's counsel) or serve Rule 26(a)(1) disclosures. Experian therefore reserves the right to amend this list following the receipt of Plaintiff's responses to initial discovery, completion of Plaintiff's deposition, and/or receipt of any untimely Rule 26(a)(1) disclosures.

Dated: March 25, 2014

Respectfully submitted,

*s/ Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No.: 182923
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel. (786) 587-1044
Fax (305) 675-2601
MRuiz@kasowitz.com

Jessica C. Casey
FBN: 0098325
Email: jcasey@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2014, I electronically filed the forgoing document via the Court's CM/ECF system which will electronically serve a copy on counsel of record.

Matthew J. Militzok, Esq.
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida  33021

*Attorney for Plaintiff*

*s/ Maria H. Ruiz*
Maria H. Ruiz

*Attorney for Defendant*
*Experian Information Solutions, Inc.*