UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-24177-PCH

**RANDY THOMAS,** individually

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, an Ohio corporation

    Defendant.

## PLAINTIFF'S INITIAL TRIAL WITNESS LIST

Plaintiff RANDY THOMAS intends to call the following witnesses at trial:

1. Plaintiff RANDY THOMAS, c/o Militzok & Levy, P.A., 3230 Stirling Road, Hollywood, Florida 33021; (954) 727-8570.

   Plaintiff RANDY THOMAS will testify as to the written disputes submitted to the credit bureaus, the results he received from such disputes, as well as the subject debts.

2. The Person with the Most Knowledge at Credit Protection Association pertaining to the conducting of FCRA dispute reinvestigations, 13355 Noel Road, 21st Floor, Dallas, Texas 75240. Plaintiff does not currently have the telephone number for Credit Protection Association. Plaintiff expect this witness to testify as to the furnisher's processing of the ACDV dispute received by them from Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. as well as the furnisher's handling of the reinvestigation requests initiated by the Plaintiff under the FCRA.

3. The Person with the Most Knowledge at EXPERIAN INFORMATION SOLUTIONS,

INC. c/o Jessica C. Casey, Jones Day, 1420 Peachtree Street, NE, Suite 800, Atlanta, Georgia  30309; (404) 581.8582, pertaining to the conducting of FCRA dispute reinvestigations. Plaintiff expects this witness to testify as to handling of the reinvestigation requests initiated by the Plaintiff under the FCRA.

4. The Person at EXPERIAN INFORMATION SOLUTIONS, INC. c/o Jessica C. Casey, Jones Day, 1420 Peachtree Street, NE, Suite 800, Atlanta, Georgia  30309; (404) 581.8582, who actually received, and processed Plaintiff's credit reporting dispute letter and who conducted the FCRA dispute reinvestigation. Plaintiff expects this witness to testify as to handling of the reinvestigation requests initiated by the Plaintiff under the FCRA.

DATED: March 27, 2014

Respectfully submitted,

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
mjm@mllawfl.com

By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ
Fla. Bar No.: 0153842

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2014, I certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via electronic mail or in some other authorized manner.

Service List:

Maria Ruiz, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue7/11/2013
Miami, FL  33130
MRuiz@kasowitz.com

*Attorney for the Defendant*

Jessica C. Casey
Jones Day
1420 Peachtree Street, NE Suite 800
Atlanta, GA  30309
jcasey@jonesday.com

*Attorney for the Defendant*

By: /s/ Matthew J. Militzok<br>MATTHEW J. MILITZOK, ESQ