UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-CV-24177-Huck/O'Sullivan

RANDY THOMAS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

## NOTICE OF SELECTION OF MEDIATOR AND OF MEDIATION

Pursuant to this Court's December 13, 2013 Order Setting Civil Jury Trial Date And Pretrial Schedule, Requiring Mediation And Referring Certain Motions To Magistrate Judge (DE #6), Experian gives notice that the parties have agreed upon a mediator and that mediation in this matter has been scheduled as set forth below. A proposed order scheduling the mediation is attached.

| | |
|---|---|
| Mediator/location: | John Salmon, Esq.<br>19 W Flagler St.<br>Miami, FL 33130 |
| Date/time: | May 22, 2014 at 2:00 p.m. |

Respectfully submitted;

*s/ Maria H. Ruiz*
Maria H. Ruiz (Florida Bar Number 182923)
MRuiz@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Tel. (786) 587-1044 / Fax (305) 675-2601

*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2014 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          s/ *Maria H. Ruiz*
                                          Maria H. Ruiz