UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-24177-PCH

RANDY THOMAS

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

     Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

**STIPULATED AND AGREED** by and between the respective parties hereto that the above causes as to and between **RANDY THOMAS** and **EXPERIAN INFORMATION SOLUTIONS, INC.** are dismissed with prejudice, and each party is to bear their own costs and attorneys fees.

DATED 28th day of April, 2014.

MILITZOK & LEVY, P.A.
Attorneys for the Plaintiff
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: mjm@mllawfl.com

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Attorneys for the Defendant
1441 Brickell Avenue
Miami, FL  33180
Telephone: (786) 587-1044
Email: MRuiz@kasowitz.com

By: /s/ Matthew J. Militzok
    Matthew J. Militzok
    Florida Bar No. 0153842

By: /s/ Maria Ruiz
    Maria Ruiz, Esq.
    Florida Bar No. 182923