UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   13-CV-24177-HUCK

RANDY THOMAS,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL

Based on the parties' Stipulation of Dismissal with Prejudice [D.E. No. 17], filed April 28, 2014, which indicated that the parties in the above-captioned action reached a complete settlement, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE.   The case is CLOSED and all motions are DENIED AS MOOT.   The Court retains jurisdiction for 90 days from this date to enforce the terms of the parties' settlement agreement.

DONE and ORDERED in Chambers at Miami, Florida on May 23, 2014.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record